RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
PAUL RIDDLE
Assistant Federal Public Defender
411 E. Bonneville Ave., Suite 250
Las Vegas, Nevada 89101
Tel: (702) 388-6577
Fax: (702) 388-6261

Attorney for:
JUAN VICTOR BARRERAS-ADRIANO

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No.: 2:14-CR-236-KJD-VCF |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE TRIAL DATES** |
| vs. | (Fifth Request) |
| JUAN VICTOR BARRERAS-ADRIANO, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Robert A. Bork, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and PAUL RIDDLE, Assistant Federal Public Defender, counsel for JUAN VICTOR BARRERAS-ADRIANO, that the calendar call currently scheduled for Tuesday, June 9, 2015 at 9:00 a.m., and the trial currently scheduled for Monday, June 15, 2015 at 9:00 a.m., be vacated and set to a date and time convenient to this court but no longer than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. The client is in custody but does not oppose the continuance.

2. Since the filing of the previous stipulation, defendant efforts to retain private counsel have not been realized. He requests additional time to decide if he will enter into the most recently presented resolution or proceed to trial.

///

1

3.      The additional time requested herein is not sought for purposes of delay, but merely to allow the defendant to make a thoroughly informed decision.

4.      Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code § 3161(h)(7)(A), considering the factors under Title 18, United States Code §§ 3161(h)(7)(B) and 3161(h)(7)(B)(iv).

5.      This is the Fifth stipulation to continue filed herein.

DATED:  June 5, 2015

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
| By: / s/ Paul Riddle<br>PAUL RIDDLE,<br>Assistant Federal Public Defender | By   /s/ Robert A. Bork<br>ROBERT A. BORK,<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JUAN VICTOR BARRERAS-ADRIANO ,<br><br>　　　　Defendant. | Case No.:  **2:14-CR-236-KJD-VCF**<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The client is in custody but does not oppose the continuance.

2. Since the filing of the previous stipulation, defendant efforts to retain private counsel have not been realized. He requests additional time to decide if he will enter into the most recently presented resolution or proceed to trial.

3. The additional time requested herein is not sought for purposes of delay, but merely to allow the defendant to make a thoroughly informed decision.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code § 3161(h)(7)(A), considering the factors under Title 18, United States Code §§ 3161(h)(7)(B) and 3161(h)(7)(B)(iv).

5. This is the Fifth stipulation to continue filed herein.

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the motion and trial dates.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would

1  be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the
2  opportunity within which to be able to effectively and thoroughly prepare for trial, taking into
3  account the exercise of due diligence.
4        The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United
5  States Code, §§ 3161(h)(1)(A), 3161(h)(7) and Title 18 United States Code, § 3161 (h)(7)(A),
6  when considering the facts under Title 18, United States Code, §§ 3161(h)(7)(B) and
7  3161(h)(7)(B)(iv).

## ORDER

IT IS THEREFORE ORDERED that the calendar call currently scheduled for Tuesday, June 9, 2015 at 9:00 a.m., be vacated and continued to August 4, 2015 at the hour of 9:00 am and the trial currently scheduled for Monday, June 15, 2015 at 9:00 a.m., be vacated and continued to August 10, 2015 at the hour of 9:00 am

DATED 9th day of June, 2015.

_____
UNITED STATES DISTRICT JUDGE